**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Harout Handian

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAROUT HANDIAN,**<br><br>Plaintiff,<br><br>v.<br><br>**WAKEFIELD AND ASSOCIATES, LLC,**<br><br>Defendant. | **Case No.:** 1:22-cv-01268-JLT-SKO<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME**<br><br>**(Doc. 12)** |

///

///

///

///

**ORDER**

Pursuant to the stipulation of the parties (Doc. 12), and for good cause shown (*see* E.D. Cal. L.R. 160(b)), it is hereby ORDERED that the parties shall file their dispositional documents by no later than July 10, 2023.

IT IS SO ORDERED.

Dated:   **May 12, 2023**                              /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

**ORDER**