**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
Angely C. Gaviola, Esq. (SBN: 337483)
Angely.Gaviola@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Harout Handian

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAROUT HANDIAN,<br><br>Plaintiff,<br><br>v.<br><br>WAKEFIELD AND ASSOCIATES, LLC,<br><br>Defendant. | **Case No.:** 1:22-cv-01268-JLT-SKO<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & ORDER**<br><br>(Doc. 14) |

///

///

///

///

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & ORDER**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff Harout Handian and Defendant Wakefield and Associates, LLC that:

1. On April 27, 2023, Plaintiff filed a Notice of Settlement.
2. On April 28, 2023, the Court orders the Parties to file appropriate dispositional documents no later than May 18, 2023.
3. On May 9, 2023, the Parties requested additional time to finalize the settlement agreement, and asked the Court to extend the deadline to file the appropriate dispositional documents to July 10, 2023.
4. The Parties have finalized the settlement agreement. However, due to unforeseen circumstances, the Parties took longer than anticipated to finalize the agreement.
5. The Parties seek additional time to file the correct dispositional documents. Good cause exists for the proposed extension of this deadline because Plaintiff and Defendant both require additional time in order to fulfil their obligations to the settlement agreement.
6. The Parties request that the deadline for filing for dismissal be extended from July 10, 2023, to August 24, 2023.

**IT IS SO STIPULATED.**

DATED: July 10, 2023

**THE CARDOZA LAW CORPORATION**

BY: /S/ LAUREN B. VEGGIAN
LAUREN B. VEGGIAN, ESQ.
ANGELY C. GAVIOLA, ESQ.
ATTORNEYS FOR PLAINTIFF
HAROUT HANDIAN

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & ORDER**

| | |
|---|---|
| DATED: July 10, 2023 | **GORDON REES SCULLY MANSUKHANI, LLP**<br>BY: /s/ Sean P. Flynn<br>Sean P. Flynn, Esq.<br>Attorney for Wakefield and Associates, LLC |

## ORDER

Pursuant to the foregoing stipulation of the parties (Doc. 14), and for good cause shown (*see* E.D. Cal. L.R. 160(b)), it is hereby ORDERED that the parties shall file their dispositional documents by no later than August 24, 2023.

IT IS SO ORDERED.

Dated: **July 10, 2023**           /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE