**Handian v. Wakefield and Assoc. LLC The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
Angely C. Gaviola, Esq. (SBN: 337483)
Angely.Gaviola@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:   (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Harout Handian

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAROUT HANDIAN,**<br><br>Plaintiff,<br><br>v.<br><br>**WAKEFIELD AND ASSOCIATES, LLC,**<br><br>Defendant. | **Case No.:** 1:22-cv-01268-JLT-SKO<br><br>**THIRD JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & ORDER**<br><br>(Doc. 16) |

///

///

///

///

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & ORDER**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff Harout Handian and Defendant Wakefield and Associates, LLC that:

1. On April 27, 2023, Plaintiff filed a Notice of Settlement.
2. On July 7, 2023, the Parties requested additional time to finalize the settlement agreement, and asked the Court to extend the deadline to file the appropriate dispositional documents to August 24, 2023.
3. The Parties have finalized the settlement agreement. However, due to unforeseen delays, no formal agreement has been signed yet by Defendant.
4. The Parties seek additional time to file the correct dispositional documents. Good cause exists for the proposed extension of this deadline because Plaintiff and Defendant both require additional time in order to fulfil their obligations to the settlement agreement.
5. The Parties request that the deadline for filing for dismissal be extended from August 24, 2023, to October 23, 2023.

**IT IS SO STIPULATED.**

DATED: August 21, 2023

**THE CARDOZA LAW CORPORATION**
BY: /s/ A<span>NGELY</span> C G<span>AVIOLA</span>
L<span>AUREN</span> B. V<span>EGGIAN</span>, E<span>SQ</span>.
A<span>NGELY</span> C. G<span>AVIOLA</span>, E<span>SQ</span>.
A<span>TTORNEYS FOR</span> P<span>LAINTIFF</span>
H<span>AROUT</span> H<span>ANDIAN</span>

**GORDON REES SCULLY MANSUKHANI, LLP**

DATED: August 21, 2023
BY: /s/ S<span>EAN</span> P. F<span>LYNN</span>
S<span>EAN</span> P. F<span>LYNN</span>, E<span>SQ</span>.
A<span>TTORNEY FOR</span> W<span>AKEFIELD AND</span> A<span>SSOCIATES</span>, LLC

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & ORDER**

P<span>AGE</span> 1 <span>OF</span> 1

**ORDER**

Pursuant to the foregoing stipulation of the parties (Doc. 16), and for good cause shown (*see* E.D. Cal. L.R. 160(b)), it is hereby ORDERED that the parties shall file their dispositional documents by no later than October 23, 2023.

IT IS SO ORDERED.

Dated: __**August 21, 2023**__          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

**ORDER**